E-filed: March 31, 2017

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
Charles E. Gianelloni (NV Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
           nkanute@swlaw.com
           cgianelloni@swlaw.com

*Attorneys for Western Alliance Bank*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NETWORK SERVICES SOLUTIONS, LLC,<br><br>Debtor. | Case No. 17-50309-btb<br><br>Chapter 11<br><br>**NOTICE OF NON-CONSENT TO DEBTOR'S USE OF CASH COLLATERAL** |

**PLEASE TAKE NOTICE** that Western Alliance Bank ("Lender") is a secured creditor of Network Services Solutions, LLC ("Debtor"), and does not consent to any use of funds constituting Lender's collateral, cash or otherwise, pursuant to 11 U.S.C. §§ 363(c)(2) and 522(b). Lender bases its non-consent to use of cash collateral on the ground that it maintains a first priority, properly perfected lien in, among other things, all proceeds, rents, royalties, and income from certain real property owned by the Debtor.

Dated:  March 31, 2017.                SNELL & WILMER L.L.P.

By:     /s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Western Alliance Bank*

4814-4522-1446