**Fill in this information to identify the case:**

Debtor name    **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50309**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2017**        *X* **/s/ Scott Madison**
                                          Signature of individual signing on behalf of debtor

                                          **Scott Madison**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-50309**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $    **2,420,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **12,909,089.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **15,329,089.00**

---

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **1,936,392.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **59,360.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$    **12,361,982.00**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b          $    **14,357,734.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50309**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Heritage Bank of Nevada** | **Checking** | **0629** | **$37,833.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$37,833.00** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **6,477,352.00** - **0.00** = .... **$6,477,352.00**
    face amount    doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                                    Case number *(If known)*  **17-50309**
_____
Name

| 11b. Over 90 days old: | **4,601,648.00** | - | **0.00** =.... | **$4,601,648.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **1,174,352.00** | - | **0.00** =.... | **$1,174,352.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**12.**    **Total of Part 3.**                                                            **$12,253,352.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**    Raw materials Raw materials | | **$404.00** | | **$404.00** |

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**                                                            **$404.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                      Case number *(If known)*  **17-50309**
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Various items** | **$58,102.00** | **Depreciation 7yr** | **$58,102.00** |
| 40. | **Office fixtures** **Router assets** | **$245,628.00** | **Deprecia. 5 yr** | **$245,628.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Hardware/software and misc.** | **$38,057.00** | **Depreciation 5yr** | **$38,057.00** |
| | **Navigator SAP Accounting System** | **$244,781.00** | **Depreciation 5yr** | **$244,781.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                               **$586,568.00**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 BMW, Series 7501 XG** | **$102,208.00** | **Depreciation 5yr** | **$30,932.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**                    Case number *(If known)*  **17-50309**
_____Name_____

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

| | |
|---|---|
| | **$30,932.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54.   **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial building at 3700 Barron Way, Reno, Nevada** | Fee simple | $0.00 | Appraisal | $2,420,000.00 |

56.   **Total of Part 9.**

| | |
|---|---|
| | **$2,420,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**          Case number *(If known)*  **17-50309**
_____
Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| | |
|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Aptus Telecom LLC / Talk South, Inc., Case No. 02-15-0002-8033** | **$0.00** |

| Nature of claim | Litigation |
|---|---|
| Amount requested | **$3,000,000.00** |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**          Case number *(If known)*  **17-50309**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,833.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,253,352.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $404.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $586,568.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,932.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $2,420,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,909,089.00 | + 91b. $2,420,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,329,089.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name  **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-50309**

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **JP Morgan Chase** | Describe debtor's property that is subject to a lien | **$30,392.00** | **$30,932.00** |
|---|---|---|---|---|

Creditor's Name

**Chase Auto Loan**
**PO Box 78068**
**Phoenix, AZ 85062-8068**

Creditor's mailing address

**2013 BMW, Series 7501 XG**

Describe the lien

**Vehicle loan**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**2013**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0607**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| **2.2** | **Western Alliance Bank** | Describe debtor's property that is subject to a lien | **$1,906,000.00** | **$2,420,000.00** |
|---|---|---|---|---|

Creditor's Name

**2701 E. Camelback Road #120**
**Phoenix, AZ 85016**

Creditor's mailing address

**Commercial building at 3700 Barron Way, Reno, Nevada**

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**2914**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5004**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**    Case number (if know)    **17-50309**
_____
Name

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,936,392.0 0** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Western Alliance Bank**<br>**5335 Kietzke Lane**<br>**Reno, NV 89511** | Line   **2.2** | |

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 2

Fill in this information to identify the case:

Debtor name **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **17-50309**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**P.O. Box 942840**<br>**Sacramento, CA 94240-0040** | **$800.00** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Carolyn Elizabeth Griffith**<br>**122 Dove Haven Lane**<br>**Hendersonville, NC 28791** | **$34,157.00** | **$12,850.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**IRU Commissions**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (if known) | **17-50309** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00** | **$1.00** |
|---|---|---|---|---|

**DataTel 360, Inc.**
**1200 Abernathy Rd.**
**Ste. 1700**
**Atlanta, GA 30328**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00** | **$1.00** |
|---|---|---|---|---|

**LAM Technology**
**1751 River Run**
**Ste. 300**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16.00** | **$16.00** |
|---|---|---|---|---|

**Larry Cantrell**
**10 Pendleton Cove**
**Little Rock, AR 72211**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,492.00** | **$5,492.00** |
|---|---|---|---|---|

**Mitch Breedlove**
**1962 Gracewood Dr.**
**Charleston, SC 29414**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (if known) | **17-50309** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00** | **$0.00** |
|---|---|---|---|---|

**Quin Rescigno**
**RX3 Communications**
**PO Box 17295**
**Reno, NV 89511**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38.00** | **$38.00** |
|---|---|---|---|---|

**Sandra Kluger**
**7028 Surrey Dr.**
**Woodstock, GA 30189**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Franchise Tax Board**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,322.00** | **$7,322.00** |
|---|---|---|---|---|

**Thomas Coffman**
**10129 Waterstone Way**
**McKinney, TX 75070**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**
_____
   Name          Case number (if known)    **17-50309**

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,492.00 | $5,492.00 |
|---|---|---|---|---|

**Tim Yager**
**908 Coving Dr.**
**Lawrence, KS 66049**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,039.00 | $6,039.00 |
|---|---|---|---|---|

**Travis Smith**
**4801 Villa Vera Drive**
**Arlington, TX 76017**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRU Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Trifecta Telecom**
**291 N. Hubbards Ln.**
**Ste. 172-170**
**Louisville, KY 40207**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                         Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $540,737.00 |
|---|---|---|---|

**ACC Communications**
**PO Box 105306**
**Atlanta, GA 30348-5306**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Settlement, early termination fees, trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,000.00 |
|---|---|---|---|

**Ada Community Library - Star Branch**
**10706 W. State**
**Ste. D**
**Star, ID 83669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer credit__

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (if known) | **17-50309** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $785.00 |
|---|---|---|---|

**ADCOM Solutions**
**PO Box 587**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $236.00 |
|---|---|---|---|

**ADP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Payroll service fees

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $638,960.00 |
|---|---|---|---|

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  4006

Basis for the claim:  Credit card purchases and payments of carrier invoices

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $221,326.00 |
|---|---|---|---|

**American Telesis**
**PO Box 6659**
**Hilton Head Island, SC 29938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,281.00 |
|---|---|---|---|

**Anson General Hospital**
**101 Avenue J**
**Anson, TX 79501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7866

Basis for the claim:  Customer credit

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,261.00 |
|---|---|---|---|

**Apex Technology Management, Inc.**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**Aptus Telecom LLC**
**7379 US Hwy 98**
**Hattiesburg, MS 39402**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Lawsuit (Other Plaintiff is TalkSouth, Inc., also listed herein)

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**
_____
Name

Case number (if known)    **17-50309**
_____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**ARIN**
**American Register for Internet Numbers**
**PO Box 232290**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,812.00 |

**Aspirus General Clinic - Elcho**
**14617 W. 10616 Clinic St.**
**Elcho, WI 54418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **4617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.00 |

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,481.00 |

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0515,3170**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,878.00 |

**AT&T**
**PO Box 105373**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **7367,5015,0060,5058,1011**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433,616.00 |

**AT&T**
**PO Box 5011**
**Carol Stream, IL 60197-5011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,502,261.00 |

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**                                     Case number (if known)    **17-50309**
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661.00 |
|---|---|---|---|

**AT&T Mobility**
**PO Box 9004**
**Carol Stream, IL 60197-9004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $872.00 |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |
|---|---|---|---|

**Atlantic Aviation**
**PO Box 172127**
**Memphis, TN 38187-2127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,139.00 |
|---|---|---|---|

**Audrain Medical Center**
**620 E Monroe St.**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **7380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Avalara**
**8575 W. 96th Street**
**Ste. 220**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**Barton County Memorial Center**
**29 NW First Ln.**
**Lamar, MO 64759-8105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,819.00 |
|---|---|---|---|

**bendbroadband**
**PO Box 6003**
**Bend, OR 97708-6003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5451**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                    Case number (if known)    **17-50309**

Name

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Bespoke Communications**
**5855 Snowbound Court**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number  **0077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,487.00 |

**Bluebird Network - Fitzgibbon Hospital**
**2005 W. Broadway**
**Bldg A., Ste. 110**
**Columbia, MO 65203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,846.00 |

**Bond County Health Dept.**
**1520 S. 4th St.**
**Greenville, IL 62246-2618**

Date(s) debt was incurred _

Last 4 digits of account number  **3498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,109.00 |

**Borrego Community  Health**
**Foundation HCPs**
**PO Box 2369**
**Borrego Springs, CA 92004-2369**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,528.00 |

**Bossier Parrish Library**
**2206 Beckett St.**
**Bossier City, LA 71111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,684.00 |

**Bowling Green School District R1**
**700 W. Adams St.**
**Bowling Green, MO 63334**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,314.00 |

**Breckinridge Memorial Hospital**
**1101 Old Hwy 60**
**Hardinsburg, KY 40143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**
        _____
        Name

Case number (*if known*)   **17-50309**

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | **$284.00** |
| | **Cable One Business**<br>**PO Box 78000**<br>**Phoenix, AZ 85062-8000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | **$72,608.00** |
| | **Cal-Ore Communications, Inc.**<br>**Mountain Valley**<br>**PO Box 847**<br>**Dorris, CA 96023** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | **$501.00** |
| | **Calhoun Cleburne Mental Health**<br>**HCP 16036**<br>**15386 Hwy 78**<br>**Fruithurst, AL 36262** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer credit** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | **$1,656.00** |
| | **Calif. Center for Sustainable Energy**<br>**9325 Sky Park Ct.**<br>**Ste. 100**<br>**San Diego, CA 92123** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer credit** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | **$3,863.00** |
| | **California Sierra Express Data**<br>**4965 Joule St.**<br>**Reno, NV 89502** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer credit** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | **$3,632.00** |
| | **Carpe Diem Schools**<br>**2240 N Meridian St**<br>**Indianapolis, IN 46208-5728** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer credit** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | **$2,524.00** |
| | **Carrizo Springs Cons Ind School Dist**<br>**302 N 7th St.**<br>**Carrizo Springs, TX 78834-3116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer credit** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**  Case number (if known)  **17-50309**
        _____
        Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,227.00 |
|---|---|---|---|

3.38  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$28,227.00**
**CentraCom**
**Central Utah**
**PO Box 735**                                          ☐ Contingent
**Fairview, UT 84629-0007**                             ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim:  __Trade debt__
Last 4 digits of account number  __1765,1969__
                                                        Is the claim subject to offset? ■ No ☐ Yes

3.39  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$7,302.00**
**Central Utah Counseling Center**
**152 N 400 W**                                         ☐ Contingent
**Ephraim, UT 84627**                                   ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim:  __Customer credit__
Last 4 digits of account number _
                                                        Is the claim subject to offset? ■ No ☐ Yes

3.40  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$249,648.00**
**Century Link**
**PO Box 29080**                                        ☐ Contingent
**Phoenix, AZ 85038-9080**                              ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim:  __Trade debt__
Last 4 digits of account number _
                                                        Is the claim subject to offset? ■ No ☐ Yes

3.41  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$266.00**
**Century Link**
**PO Box 91155**                                        ☐ Contingent
**Seattle, WA 98111-9255**                              ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim: _
Last 4 digits of account number _
                                                        Is the claim subject to offset? ■ No ☐ Yes

3.42  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$12,491.00**
**Charter**
**PO Box 790086**                                       ☐ Contingent
**Saint Louis, MO 63179-0086**                          ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim:  __Trade debt__
Last 4 digits of account number _
                                                        Is the claim subject to offset? ■ No ☐ Yes

3.43  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$500.00**
**Charter**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
Date(s) debt was incurred  __2017__                     ☐ Disputed
Last 4 digits of account number  __0990__
                                                        Basis for the claim:  __Utilities__

                                                        Is the claim subject to offset? ■ No ☐ Yes

3.44  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$34,732.00**
**Chase Visa**
**PO Box 15123**                                        ☐ Contingent
**Wilmington, DE 19850**                                ☐ Unliquidated
                                                        ☐ Disputed
Date(s) debt was incurred _
                                                        Basis for the claim:  __Credit card purchases and payments of carrier__
Last 4 digits of account number  __2354__               __invoices__

                                                        Is the claim subject to offset? ■ No ☐ Yes

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                          Case number (if known)    **17-50309**
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,478.00 |

**Chilton Shelby Mental Health Center**
**110 Medical Center Dr.**
**Clanton, AL 35045**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,227.00 |

**Chippewa Valley  Hospital**
**Adventist Health System**
**902 Inspiration Ave.**
**Ste. 9100**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Chris Mountzouris**
**125 Lakeway Drive**
**Austin, TX 78734**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Separation Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |

**Cintas**
**PO Box 650838**
**Dallas, TX 75265-0838**

Date(s) debt was incurred  __2017__
Last 4 digits of account number  __3126__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,820.00 |

**CitiBusiness Card**
**PO Box 6235**
**Sioux Falls, SD 57110-6235**

Date(s) debt was incurred _
Last 4 digits of account number  __2202__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit card purchases and payments of carrier invoices__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |

**Citrix Online**
**File 50264**
**Los Angeles, CA 90074-0264**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $767.00 |

**Clinton County Hospital**
**JD Mullins Clinton County Hospital**
**723 Burkesville Bldv.**
**Albany, KY 42602**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer credit__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**

Case number (if known)    **17-50309**

Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,161.00 |
|---|---|---|---|

**Coastal Savannah District**
**Ware County Board of Health**
**1101 Church St.**
**Waycross, GA 31501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.00 |
|---|---|---|---|

**Coconino Cty. Health Dept.**
**PO Box 970**
**Page, AZ 86040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number  __1799__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,260.00 |
|---|---|---|---|

**Cogent**
**Board of Regents, GA**
**PO Box 791087**
**Baltimore, MD 21279-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,655.00 |
|---|---|---|---|

**Colorado Fibercommunity**
**Paul Recanzone**
**PO Box 1725**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|---|---|---|---|

**Comcast**
**PO Box 3005**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  __9044__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.00 |
|---|---|---|---|

**Comcast**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  __5767__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**Comcast**
**PO Box 1577**
**Newark, NJ 07101-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  __6980__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (if known) | **17-50309** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,843.00** |
|---|---|---|---|

**Comcast**
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6629**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.00** |
|---|---|---|---|

**Community Medical Centers Inc.**
**Eduardo Sanchez Community Medical**
**Center**
7210 Murray Dr.
Stockton, CA 95210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.00** |
|---|---|---|---|

**Community Partners for Families-Federal**
401 N. San Joaquin St.
Stockton, CA 95202-2026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,686.00** |
|---|---|---|---|

**Compliance Solutions, Inc.**
242 Rangeline Road
Longwood, FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,658.00** |
|---|---|---|---|

**Concho County Hospital**
**Dudley White Concho County Hosp.**
614 Eaker St.
Eden, TX 76837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6664**

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,406.00** |
|---|---|---|---|

**Cook Children's Health Care System**
PO Box 9162
Manassas, VA 20108-9162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,981.00** |
|---|---|---|---|

**Corporate Visions Inc.**
894 Incline Way
Incline Village, NV 89451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                                      Case number (if known)    **17-50309**
　　　　　　Name

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.00 |
|---|---|---|---|

**Cox Communications**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4201

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,605.00 |
|---|---|---|---|

**CPU - CTF Program**
**(California Teleconnect Program)**
**505 Van Ness Ave.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Overpayment of CTF Credits

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897,000.00 |
|---|---|---|---|

**Curt Bush**
**132 Marmot Drive**
**Horse Shoe, NC 28742**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,037.00 |
|---|---|---|---|

**CustomCall Data Systems, Inc.**
**1009 S. Whitney Way**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639.00 |
|---|---|---|---|

**Dahl Memorial Healthcare**
**215 Sandy Street**
**Ekalaka, MT 59324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4534

Basis for the claim:  Customer credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dan Clausen**
**Clausen & Company**
**PO Box 7430**
**Reno, NV 89510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Financial and tax consulting services - CPA

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,330.00 |
|---|---|---|---|

**Digital Reality**
**Georgia Board of Regents**
**PO Box 10157**
**Uniondale, NY 11555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**
      Name

                           Case number (if known)  **17-50309**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,250.00** |
|---|---|---|---|

**Dixie Net**
**PO Box 28**
**301 N. Main St.**
**Ripley, MS 38663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  **9172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,393.00** |
|---|---|---|---|

**Eagle Adantage Schools - Grand Prairie**
**300 W. Pioneer Pkwy.**
**Grand Prairie, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,050.00** |
|---|---|---|---|

**Eagle Advantage Academy-Dallas**
**618 Wheatland Rd.**
**Duncanville, TX 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,680.00** |
|---|---|---|---|

**Eagle Advantage Schools - N. Duncanville**
**4011 Joseph Hardin Dr.**
**Dallas, TX 75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,085.00** |
|---|---|---|---|

**Eagle Advantage Schools - Waxahachie**
**701 West High**
**287 Bypass**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,280.00** |
|---|---|---|---|

**Earthlink**
**Deltacom**
**PO Box 2252**
**Birmingham, AL 35246-1058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  **1759**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,912.00** |
|---|---|---|---|

**East Bonner**
**c/o Free Lib Dist Clark Fork B**
**601 Main St.**
**Clark Fork, ID 83811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                    Case number (if known)    **17-50309**
_____
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,027.00** |
|---|---|---|---|

**East Bonner County Library**
**Sandpoint Branch**
**1407 Cedar Street**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer credit__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Eastern Plumas Health Care - IT**
**500 First Ave**
**Portola, CA 96122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer credit__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,476.00** |
|---|---|---|---|

**Entelegent Solutions, Inc.**
**3800 Carco Corporate Dr.**
**Ste. 310**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number  0054

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,998.00** |
|---|---|---|---|

**Eureka County**
**PO Box 88**
**Eureka, NV 89316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer credit__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$896.00** |
|---|---|---|---|

**Evans Memorial Hospital**
**200 N. River St.**
**Claxton, GA 30417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer credit__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,301.00** |
|---|---|---|---|

**Fiberlight**
**PO Box 602526**
**Charlotte, NC 28260-2526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,988.00** |
|---|---|---|---|

**Forrest General Hospital**
**6051 US Hwy 49**
**    FL 34901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer credit__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (*if known*) | **17-50309** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,202.00 |
|---|---|---|---|

**Frankford Elementary School**
**500 School St.**
**Frankford, MO 63441-1019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $468.00 |
|---|---|---|---|

**Franklin Medical Center**
**PO Box 1300**
**5745 Hwy 17**
**Winnsboro, LA 71295-5688**

Date(s) debt was incurred _

Last 4 digits of account number  **6668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,626.00 |
|---|---|---|---|

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,479.00 |
|---|---|---|---|

**Global Telecom & Technology Americas**
**7900 Tysons One Place**
**Ste. 1450**
**Mc Lean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number  **0454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,174.00 |
|---|---|---|---|

**Hardeman County Hospital**
**402 Mercer St.**
**Quanah, TX 79252**

Date(s) debt was incurred _

Last 4 digits of account number  **1862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,962.00 |
|---|---|---|---|

**Hardy Wilson Memorial Hospital**
**233 Magnolia St.**
**Hazlehurst, MS 39083**

Date(s) debt was incurred _

Last 4 digits of account number  **6415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $236.00 |
|---|---|---|---|

**Hayden Public Library**
**510 Velasco Ave.**
**Hayden, AZ 85135**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (*if known*) | **17-50309** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address
**Holton Community Hospital**
1110 Columbine Dr.
Holton, KS 66436

Date(s) debt was incurred _
Last 4 digits of account number  **0311**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

$8,870.00

---

**3.95** | Nonpriority creditor's name and mailing address
**Hospital Authority of Miller County**
209 North Cuthbert
Colquitt, GA 39837

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

$353.00

---

**3.96** | Nonpriority creditor's name and mailing address
**Hotspot Broadband**
8975 Double Diamond Pkwy.
Ste. 9
Reno, NV 89521

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,931.00

---

**3.97** | Nonpriority creditor's name and mailing address
**Humbold County - Library**
85 E. 5th St.
Winnemucca, NV 89445-3095

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

$2,046.00

---

**3.98** | Nonpriority creditor's name and mailing address
**Humboldt County - Communications**
795 E Fairgrounds Rd.
Winnemucca, NV 89445-3194

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

$2,046.00

---

**3.99** | Nonpriority creditor's name and mailing address
**Humboldt County - Courthouse**
50 W. 5th St.
Winnemucca, NV 89445-3194

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

$3,457.00

---

**3.100** | Nonpriority creditor's name and mailing address
**INOC, LLC**
500 Skokie Boulevard
Ste. 380
Northbrook, IL 60062-4125

Date(s) debt was incurred _
Last 4 digits of account number  **0702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$46,000.00

---

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**

Name

Case number (if known)   **17-50309**

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Integra**
**Electric Lightwave**
**PO Box 2966**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _2117_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.00 |

**IQ Technology Solutions**
**5595 Equity Ave.**
**Ste. 300**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |

**Isabelle Hunt Memorial Library (Pine)**
**1400 E. Ash St.**
**Globe, AZ 85501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,014.00 |

**ITO Solutions, Inc.**
**2501 E. 28th St.**
**Ste. 106**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Jean M. Hamilton**
**Crosspoint Leasing & Financial Services**
**8931 Quail Creek Court**
**Fair Oaks, CA 95628**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Financial consulting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.00 |

**Jeff Davis Hospital**
**163 S. Tallahassee St.**
**Hazlehurst, GA 31539-6465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Jeff McKenzie**
**Online Web Site Services**
**2779 King Edward Drive**
**El Dorado Hills, CA 95762**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __IT Consulting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **NETWORK SERVICES SOLUTIONS, LLC**
Name

Case number (*if known*)    **17-50309**

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$22,989.00** |
| | **Jefferson Davis Community Hospital**<br>**1102 Rose St.**<br>**Prentiss, MS 39474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer credit__ |
| | Last 4 digits of account number __6967__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,105.00** |
| | **Jive Communications, Inc.**<br>**Dept. Ch 19606**<br>**Palatine, IL 60055-9606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2017__ | **Basis for the claim:** __Utilities__ |
| | Last 4 digits of account number __1412__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$792.00** |
| | **Kent County Juvenile Detention**<br>**300 Monroe Ave**<br>**Grand Rapids, MI 49503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer credit__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$205.00** |
| | **Konica Minolta**<br>**21221 N. California Blvd.**<br>**Ste. B**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$6,054.00** |
| | **L/P Insurance Services, Inc.**<br>**300 E. 2nd St.**<br>**Ste. 1300**<br>**Reno, NV 89501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer credit__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,741.00** |
| | **La Quinta Inn and Suites**<br>**1591 Great Basin Blvd.**<br>**Ely, NV 89301-3136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer credit__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,947.00** |
| | **Laguna Dept. of Education District**<br>**PO Box 207**<br>**I-40 West Exit 114**<br>**Bldg. 1125**<br>**Laguna, NM 87026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer credit__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**                Case number (if known)   **17-50309**
         Name

| | |
|---|---|
| 3.115 | Nonpriority creditor's name and mailing address |

**Lexbe**
**8701 MoPac Expwy.**
**Ste. 320**
**Austin, TX 78759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$16,113.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116 | Nonpriority creditor's name and mailing address |

**Lillian M. Hudspeth Memorial Hosp.**
**308 Hudspeth St.**
**Sonora, TX 76950-8003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$9,051.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.117 | Nonpriority creditor's name and mailing address |

**Lincoln County R-11 School District**
**1 Sanderson and Broadway**
**Elsberry, MO 63343**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,071.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.118 | Nonpriority creditor's name and mailing address |

**LSN**
**921 SW Washington St.**
**Ste. 370**
**Portland, OR 97205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,896.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.119 | Nonpriority creditor's name and mailing address |

**Lukas, LaFuria, Guiterrez & Sachs**
**8300 Greensboro Dr.**
**Ste. 1200**
**Tyson, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$348,027.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 | Nonpriority creditor's name and mailing address |

**Lukas, Nace, Gutierrez & Sachs**
**Russell D. Lukas; Jeffrey A. Mitchell**
**8300 Greensboro Drive**
**Suite 1200**
**Mc Lean, VA 22102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Counsel for Debtor in FCC litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.121 | Nonpriority creditor's name and mailing address |

**Mark Lammert**
**Compliance Solutions, Inc.**
**242 Rangeline Road**
**Longwood, FL 32750-4035**

Date(s) debt was incurred  **2016**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$48,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest Free Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**

Name

Case number (if known)    **17-50309**

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,339.00 |
|---|---|---|---|

**Matagorda County Hospital District**
**104 7th St.**
**Bay City, TX 77414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4478**

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,283.00 |
|---|---|---|---|

**Maysville -Mason Co Public Library**
**218 E. 3rd St.**
**Maysville, KY 41056-1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**MCI**
**PO Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3690**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**MCI Small Business Service**
**PO Box 4830**
**Trenton, NJ 08650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8546**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Miami Memorial Highway**
**1052 Adonis Ave.**
**Miami, AZ 85539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.00 |
|---|---|---|---|

**Mineral County School District**
**PO Box 1540**
**Hawthorne, NV 89415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,846.00 |
|---|---|---|---|

**Monroe County Hospital**
**PO Box 1068**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (*if known*) | **17-50309** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,443.00**

**Morehouse Community Medical Center**
518 Durham St.
Bastrop, LA 71220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,473.00**

**Mountain Comprehensive Care**
104 S. Front St.
Prestonsburg, KY 41653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **7308**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$443.00**

**Mountain View Academy**
360 S Shoreline Blvd
Mountain View, CA 94041-1399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,266.00**

**Navigator Business Solutions, Inc.**
170 South Main Street
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **ERP software sold and services performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Netsusa Communications**
215 Lake Blvd.
Box 414
Redding, CA 96003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.00**

**Newport Utilities**
170 Cope Boulevard
Newport, TN 37821-2870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$843,846.00**

**NiTel, Inc.**
1101 W. Lake Street
6th Floor
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**                    Case number (if known)    17-50309
_____
Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,823.00 |
|---|---|---|---|

**North Country Healthcare**
PO Box 3630
Flagstaff, AZ 86003-3630

Date(s) debt was incurred _____

Last 4 digits of account number  **8010,4306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $376.00 |
|---|---|---|---|

**NV Energy**
PO Box 30065
Reno, NV 89520

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **6540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**NV Energy**
PO Box 30065
Reno, NV 89520

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **8108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**NV Energy**
PO Box 30065
Reno, NV 89520

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.00 |
|---|---|---|---|

**NV Energy**
PO Box 30065
Reno, NV 89520

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **6960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |
|---|---|---|---|

**NV Energy**
PO Box 30065
Reno, NV 89520

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **6978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Omni Family Health Ltd.**
4900 California Ave.
Bakersfield, CA 93309

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                      Case number (if known)    **17-50309**
_____
Name

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | $129.00 |

**Open Box Outlet, Inc.**
**1219 Baring Blvd.**
**Sparks, NV 89434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | $13,669.00 |

**Orion Technologies**
**4600 Kietzke Lane**
**Suite L230**
**Reno, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | $6,090.00 |

**Pathways Comm. Behavioral Health**
**1800 Community Drive**
**Clinton, MO 64735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | $7,782.00 |

**PCM**
**File 55327**
**Los Angeles, CA 90074-5327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | $5,329.00 |

**Philips County Hospital**
**311 S. 8th Ave. E**
**Malta, MT 59538-8978**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | $50,753.00 |

**Plumas-Sierra Telecommunications**
**PO Box 1057**
**Portola, CA 96122-1057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | $4,093.00 |

**Professional Care, Inc.**
**1997 Hwy 51**
**Covington, TN 38019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**          Case number (if known)   **17-50309**

Name

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,864.00**
--- | --- | --- | ---

**Pyramid Lake Paiute Tribe**
**PO Box 256**
**Nixon, NV 89424-0256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,807.00**

**Radiology Associates**
**816 W. Cannon St.**
**Fort Worth, TX 76104-3192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,858.00**

**Rangely District Hospital**
**225 Eagle Crest Dr.**
**Rangely, CO 81648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,924.00**

**Rankin County Hospital**
**1105 Elizabeth St.**
**Rankin, TX 79778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7089**

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,010.00**

**Robison Belaustegui Sharp & Low**
**71 Washington Street**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney's fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,228.00**

**Roller Network**
**3545 Airway Drive**
**Ste. 114**
**Reno, NV 89511-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,965.00**

**Romans Cleaning Service**
**2825 Grosmont Dr.**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**

Case number (if known)   **17-50309**

Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,030.00 |
|---|---|---|---|

**RT Communications**
130 S. 9th St.
Worland, WY 82401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1188**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,313.00 |
|---|---|---|---|

**Russell County Hospital**
153 Dowell Rd.
Russell Springs, KY 42642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **7171**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,814.00 |
|---|---|---|---|

**RX3 Communications**
PO Box 17295
Reno, NV 89511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,375.00 |
|---|---|---|---|

**Salesforce.com, Inc.**
PO Box 203141
Dallas, TX 75320-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.00 |
|---|---|---|---|

**Samaritan House**
4031 Pacific Blvd.
San Mateo, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **7029**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,246.00 |
|---|---|---|---|

**Schat Communications**
174 N. Main St.
Bishop, CA 93514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,104.00 |
|---|---|---|---|

**Sheridan Memorial Hospital**
1401 W. 5th St.
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **7029**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (if known) | **17-50309** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sherman Haggerty**
**Innovate Consulting, Inc.**
**287 Muse Drive**
**El Dorado Hills, CA 95762**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Financial consulting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Sierra Web Solutions, LLC**
**75 Day Lily Court**
**Reno, NV 89511-6614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,527.00 |
|---|---|---|---|

**South Sunflower County Hospital**
**121 E. Baker St.**
**Indianola, MS 38751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer credit**

Last 4 digits of account number  **2791**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,272.00 |
|---|---|---|---|

**Southeast Health District**
**1101 Church St.**
**Waycross, GA 31501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,232.00 |
|---|---|---|---|

**Spectrum/ Charter Communications**
**PO Box 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,771.00 |
|---|---|---|---|

**St. Vrain Childs Development**
**dba Longmount**
**82 21st Ave**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,185.00 |
|---|---|---|---|

**Ste. Genevieve County Memorial**
**Hospital**
**753 Pointe Basse Dr.**
**Sainte Genevieve, MO 63670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**
Name

Case number (if known)  **17-50309**

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,306.00 |
|---|---|---|---|

**Stephens Memorial Hospital**
**200 S. Geneva St.**
**Breckenridge, TX 76424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,322.00 |
|---|---|---|---|

**Sterling Area Health Center**
**725 E. State St.**
**Sterling, MI 48659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number  **2037**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |
|---|---|---|---|

**Tahoe Forest Cable Internet**
**333 Village Blvd.**
**#201**
**Incline Village, NV 89451-8211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,215.00 |
|---|---|---|---|

**Tahoe Forest Hospital**
**10121 Pine Ave.**
**Truckee, CA 96160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit, various, see attachment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**TalkSouth, Inc.**
**41 Fieldstone**
**Hattiesburg, MS 39402**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit (Other plaintiff is Aptus Telecom LLC, also listed herein - the full alleged claim is valued at $3M)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182,262.00 |
|---|---|---|---|

**Teklinks, Inc.**
**PO Box 830674**
**MSC #703**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Teleconnections**
**PO Box 10843**
**Santa Ana, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number (*if known*) | **17-50309** |
|--------|--------------------------------------|--------------------------|--------------|
|        | Name |  |  |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,331.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**TelePacific**
515 S. Flower St.
47th Floor
Los Angeles, CA 90071

Date(s) debt was incurred _

Last 4 digits of account number **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,367.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**The Guidance Center**
1102 Walnut St.
Oskaloosa, KS 66066-4203

Date(s) debt was incurred _

Last 4 digits of account number **4172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $783.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Tonto Basin Library**
PO Box 368
Tonto Basin, AZ 85553

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,168.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Totelcom Networks, LLC**
PO Box 290
De Leon, TX 76444

Date(s) debt was incurred _

Last 4 digits of account number **8880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,761.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Tower Cloud**
9501 International Court N.
Saint Petersburg, FL 33716

Date(s) debt was incurred _

Last 4 digits of account number **0585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,516.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Tri County Memorial Hospital**
18601 Lincoln St.
Whitehall, WI 54773

Date(s) debt was incurred _

Last 4 digits of account number **4773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Truckee Meadows Water Authority**
1355 Capital Boulevard
Reno, NV 89502

Date(s) debt was incurred **2017**

Last 4 digits of account number **5825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                     Case number (if known)    17-50309
_____
Name

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **$32.00** |

**3.185**  Nonpriority creditor's name and mailing address
**Truckee Meadows Water Authority**
**1355 Capital Boulevard**
**Reno, NV 89502**
Date(s) debt was incurred  __2017__
Last 4 digits of account number  __5833__

As of the petition filing date, the claim is: Check all that apply.                    **$32.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Utilities__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**  Nonpriority creditor's name and mailing address
**Truckee Meadows Water Authority**
**1355 Capital Boulevard**
**Reno, NV 89502**
Date(s) debt was incurred  __2017__
Last 4 digits of account number  __5841__

As of the petition filing date, the claim is: Check all that apply.                    **$34.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Utilities__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**  Nonpriority creditor's name and mailing address
**unWired Broadband, Inc.**
**215 W. Fallbrook Ave.**
**Ste. 203**
**Fresno, CA 93711**
Date(s) debt was incurred  __
Last 4 digits of account number  __7357__

As of the petition filing date, the claim is: Check all that apply.                    **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**  Nonpriority creditor's name and mailing address
**Uvalde County Hospital Authority**
**1025 Garner Field**
**Uvalde, TX 78801**
Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.                    **$30,459.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Customer credit, two, see attachment__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**  Nonpriority creditor's name and mailing address
**Valor Health**
**1024 Fernlee St.**
**Emmett, ID 83617**
Date(s) debt was incurred  __
Last 4 digits of account number  __0080__

As of the petition filing date, the claim is: Check all that apply.                    **$2,956.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Customer credit__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**  Nonpriority creditor's name and mailing address
**Verizon**
**PO Box 15043**
**Albany, NY 12212-5043**
Date(s) debt was incurred  __
Last 4 digits of account number  __8X23__

As of the petition filing date, the claim is: Check all that apply.                    **$887.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**  Nonpriority creditor's name and mailing address
**Voices Charter School**
**16870 Murphy Ave.**
**Morgan Hill, CA 95037-9650**
Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.                    **$2,166.00**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim:  __83617-2715__
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**  Case number (if known)  **17-50309**
_____
Name

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Vonage**
**PO Box 392415**
**Pittsburgh, PA 15251-9415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2979**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,424.00 |

**Voyant/Zayo**
**2300 Berkshire Lane North**
**Ste. 4**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542,898.00 |

**Ware County Board of Health**
**1101 Church St.**
**Waycross, GA 31501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit, various, see attachment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,690.00 |

**Ware County Board of Health**
**VILLA RICA, Carroll County**
**153 E. Wilson St.**
**Villa Rica, GA 30180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.00 |

**Ware County Board of Health**
**Bartow - Cartersville**
**100 Zena Dr.**
**Cartersville, GA 30121-2482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.00 |

**Ware County Board of Health**
**Butts - Jackson**
**463 Ernest Biles Dr.**
**Jackson, GA 30233-2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,665.00 |

**Ware County Board of Health**
**Barrow County**
**233 E. Broad St.**
**Winder, GA 30680-2292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**
_____
Name

Case number (if known)  **17-50309**

| | |
|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Washington Hospital Services, Inc.**
**999 Third Ave.**
**Suite 1400**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

3.200  **Nonpriority creditor's name and mailing address**
**Washington State Hospital Assn.**
**Director of Business Development**
**999 Third Avenue**
**Suite 1400**
**Seattle, WA 98104-4041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

3.201  **Nonpriority creditor's name and mailing address**
**Watland Billing Consultants, LLC**
**580 E. Plumb Lane**
**Reno, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

3.202  **Nonpriority creditor's name and mailing address**
**WiLine Networks**
**15 Roszel Rd.**
**Ste. 106**
**Princeton, NJ 08540-6248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$58,922.00**

---

3.203  **Nonpriority creditor's name and mailing address**
**Windstream**
**Paetec**
**PO Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,915.00**

---

3.204  **Nonpriority creditor's name and mailing address**
**Wright Stanish & Winckler Lawyers**
**300 S. Fourth St.**
**Las Vegas, NV 89101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,775.00**

---

3.205  **Nonpriority creditor's name and mailing address**
**Youth Policy Institute**
**6464 Sunset Blvd.**
**Ste. 560**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer credit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,057.00**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                      Case number (if known)    **17-50309**
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amsher/Tammy Scurlock**<br>**4524 Southlake Parkway**<br>**Suite 15**<br>**Hoover, AL 35244** | Line  **3.176**<br><br>☐ Not listed. Explain ____ | **9268** |
| 4.2 | **AT&T**<br>**PO Box 537104**<br>**Atlanta, GA 30353** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Atlantic Aviation**<br>**655 S. Rock Blvd.**<br>**Reno, NV 89502-4118** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Eagle Advantage Academy-Dallas**<br>**4009 Joseph Hardin Dr.**<br>**Dallas, TX 75236-1507** | Line  **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Sean Ambrose, Esq.**<br>**Michael & Associates, PC**<br>**1850 E. Flamingo Road, #204**<br>**Las Vegas, NV 89119** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | **5157** |
| 4.6 | **Valor Health**<br>**1202 E. Locust**<br>**Emmett, ID 83617-2715** | Line  **3.189**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Youth Policy Institute**<br>**1147 Vine Street**<br>**Los Angeles, CA 90038-1615** | Line  **3.205**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 59,360.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 12,361,982.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,421,342.00 |

NETWORK SERVICES SOLUTIONS - ATTACHMENT TO SCHEDULE F

| Credit Balance Report - NSS Customers | QB's AR Aging Summary 3/9/2017 | | | Based on 3-9-2071 AR Aging Summary |
|---|---|---|---|---|
| Customer | Bill to | Primary Contact | Main Phone | Credit Balances |
| | | | | $    1,413,737.25 |
| Ada Community Library - Star Branch | Ada Community Library- Star Branch 10706 W State Ste D Star, ID 83669 | Mary De Walt | 208-286-9755 | $    4,000.00 |
| Anson General Hospital HCP 17866 | Anson General Hospital 101 Avenue J Anson, TX 79501 | DJ Grogan; Brenda Bolin | 325-823-1158 | $    2,280.68 |
| Aspirus General Clinic Elcho 14617 CLSD | Jackey Ott Aspirus General Clinic - Elcho 14617 W 10616 Clinic St Elcho, WI 54418 | Jackey Ott | 715-275-4011 | $    2,812.00 |
| ATLANTIC AVIATION | P.O. Box 172127, Memphis, TN 38387-2127; 655 S. Rock Blvd., Reno, NV 89502-4118 | Ann Gilchrist | 972-905-2574 | $    2,871.60 |
| Audrain Medical Center HCP 17380 CLSD | Dawn Evans Audrain Medical Center HCP 17380 620 E Monroe St Mexico, MO 65265 | Dawn Evans | 573-582-8345 | $    68,139.20 |
| BARTON COUNTY MEMORIAL HOSPITAL | 29 NW First Ln., Lamar, MO 64759-8105 | Brad Butler | 417-681-5199 | $    695.03 |
| BOND COUNTY HEALTH DEPT - HCP 13498 | 1520 S 4th Street, Greenville, IL 62246-2618 | Shelley Hediger | 618-664-1442 | $    8,846.15 |
| BORREGO COMMUNITY HEALTH FOUNDATION HCP'S | BORREGO COMMUNITY HEALTH FOUNDATION HCP'S 4343 Yaqui Pass Road Borrego Springs, CA  92004 | Tami Berkei | 760-767-4552 | $    8,108.95 |
| BOSSIER PARISH LIBRARY | 2206 Beckett St, Bossier City, LA 71111 | Theresa Allen | 318-746-1693 | $    11,528.36 |
| Bowling Green School District R1 | Robert Guritz Bowling Green School District R1 700 W Adams St. Bowling Green, MO 63334 | Kim Luebrecht George Beshears | 573-324-5441 573-324-5441 | $    1,684.27 |
| Breckinridge Memorial Hospital | Jenny Bradley Breckinridge Memorial Hospital 1011 Old Hwy 60 Hardinsburg, KY 40143 | Erin Carroll | 270-756-6635 | $    14,314.39 |
| Calhoun Cleburne Mental Health HCP 16036 | Roy Clark Calhoun Cleburne Mental Hlth HCP 16036 15386 Hwy 78 Fruithurst, AL 36262 | Allen Stokes | 256-236-3403 | $    500.56 |
| CALIFORNIA CENTER FOR SUSTAINABLE EN CLSD | 9325 Sky Park Ct., Ste. 100, San Diego, CA 92123   --  8690 Balboa, San Diego, CA 82123 | Cynthia Shegog | (858) 224-1178 | $    1,656.33 |

| | | | | | |
|---|---|---|---|---|---|
| California Sierra Express Data CLOSED | John Ball California Sierra Express Data 4965 Joule St Reno, NV 89502 | John Ball | 775-856-8008 | $ | 3,863.08 |
| CARPE DIEM SCHOOLS | 224- N Meridian St., Indianapolis, IN 46208-5728 | Andy Kong | 928-317-3113 | $ | 3,631.60 |
| CARRIZO SPRINGS CONS IND SCHOOL DIST | 302 N 7th St. Carrizo Springs, TX 78834-3116 | Marco Mendez | 830-876-3503 | $ | 2,523.80 |
| Central Utah Counseling Center - Cottonwo | Richard Anderson Central Utah Counseling Center- Ephraim 152 North 400 West Ephraim, UT 84627 | Riahcard Anderson | 435-623-2236 | $ | 7,301.71 |
| Chilton Shelby Mental Health Center | Vicki Potts Chilton Shelby Mental Health Center 110 Medical Center DR Clanton, AL 35045 | Debbie Davenport | 205-755-8800 | $ | 7,478.49 |
| Chippewa Valley Hospital HCP 12647 | Adventist Health System, 902 Inspiration Ave., Ste. 9100, Altamonte Springs, FL 32714; 1220 3rd Ave west, Durand, | Troy Dube | 630-312-7713 | $ | 4,227.22 |
| Clinton County Hospital HCP 17944 | J.D. Mullins Clinton County Hospital 723 Burkesville Blvd Albany, KY 42602 | J.D. Mullins | 606-387-6421 | $ | 766.58 |
| Coastal Savannah District- Daisy clinic | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Cheston Hyers | 912-287-4890 | $ | 5,160.53 |
| COCONINO CTY HEALTH DEPT HCP 11799 CLSD | Coconino County Health, Dept. Clinic HCP #11799, 467 Vista, Page, AZ 86022 | William Smith; Kris Dalmolin | 928-679-7911 | $ | 5,556.07 |
| Community Medical Centers Inc. | Eduardo Sanchez Community Medical Centers Inc. 7210 Murray Drive Stockton, CA 95210 | | 209-373-2800 | $ | 1,129.04 |
| COMMUNITY PARTNERS FOR FAMILIES - FEDERAL | COMMUNITY PARTNERS FOR FAMILIES - FEDERAL 401 N San Joaquin ST Stockton,CA 95202-2026 | Tabriz Asghar | 209-444-4112 | $ | 241.19 |
| Concho County Hospital HCP 16664 | Dudley WhiteConcho County Hospital HCP 16 614 Eaker Street Eden, TX 76837 | Dudley White | 325-869-5911 | $ | 4,658.21 |
| COOK CHILDREN'S HEALTH CARE SYSTEM | Mobility Invoice for: Cook Children's Healthcare System PO Box 9162 Manassas, VA 20108-9162 | Kerri Albert | 682-885-6494 | $ | 27,406.37 |
| Corporate Visions Inc. | Brandy Johnson Corporate Visions Inc. 894 Incline Way Incline Village, NV 89451 | Brandy Johnson | 775-831-1322 | $ | 1,980.94 |
| Dahl Memorial Healthcare HCP 14534 | Dahl Memorial Healthcare HCP 14534 215 Sandy Street Ekalaka, MT  59324 | Nadine Elmore | 406-775-8739 | $ | 1,639.38 |
| EAGLE ADVANTAGE ACADEMY - DALLAS | Wheatland Rd., Duncanville, TX 75116; 4009 Joseph Hardin Dr., Dallas, TX 75236-1507 | Marco Salazar | 469-285-1187 | $ | 11,875.02 |
| Eagle Advantage Academy Ben 221443 | Eagle Advantage Academy Ben 221443 618 W Wheatland Duncanville, TX 75116 | | 214-276-5842 | $ | 6,174.88 |

| | | | | | |
|---|---|---|---|---|---|
| Eagle Advantage Schools - Grand Prairie | Eagle Advantage Schools - Grand Prairie 300 W Pioneer Pkwy Grand Prairie, TX 75051 | | 214-467-4991 | $ | 2,393.24 |
| Eagle Advantage Schools - N Duncanville | Joe Busalabchi Eagle Advantage Schools - N Duncanville 4011 Joseph Hardin Drive Dallas, TX 75236 | | 214-467-4991 | $ | 16,680.07 |
| Eagle Advantage Schools - Waxahachie | Eagle Advantage Schools - Waxahachie 701 West High 287 Bypass Waxahachie, TX 75165 | | 972-937-9833 | $ | 9,085.07 |
| East Bonner CO Free Lib Dist Clark Fork B | 601 Main St., Clark Fork, ID 83811 | Denise Mills | 208-263-6930 | $ | 7,911.91 |
| East Bonner County Library Dist Sand CLSD | Gina Emory E. Bonner Cty Lbry Dist Sandpoint Branch 1407 Cedar St Sandpoint, ID 83864 | Denise Mills | 208-263-6930 | $ | 5,026.77 |
| EASTERN PLUMAS HEALTH CARE - IT | Eastern Plumas Health Care 500 First Ave Portola, CA 96122 | Rick Boyd | 530-832-6500 | $ | 500.00 |
| EUREKA COUNTY | P.O. Box 88, Eureka, NV 89316; 10 S Main St.,Eureka, NV 89316-9995 | Michael Mears | 775-237-5263 | $ | 4,998.14 |
| Evans Memorial Hospital HCP 14584 | Evans Memorial Hospital HCP 14584 200 North River Street Claxton, GA 30417 | Abbigail Wilder | 912-739-5102 | $ | 896.20 |
| FORREST GENERAL HOSPITAL. HCP MULTIPLE | FOREST GENERAL HOSPITAL 6051 US Highway 49 Hattiesburb,MS 39401 | Charles Turnage | 601-288-8193 | $ | 15,988.31 |
| FRANKFORD ELEMENTARY SCHOOL | Frankford Elementary School 500 School St. Frankford, MO 63441-1019 | Kim Luebrecht | 573-324-5441 | $ | 2,201.84 |
| FRANKLIN MEDICAL CENTER HCP 16668 | P.O. Box 1300, Winnsboro, LA 71295-5688; 5745 Highway 17, Winnsboro, LA 71295-5688 | Shea Morris | 318-412-5381 | $ | 468.31 |
| HARDEMAN COUNTY HOSPITAL HCP 11862 CLOSED | Hardeman County Hospital 402 Mercer Street Quanah, TX 79252 | Tracy Betts | 940-663-2795 | $ | 8,174.38 |
| Hardy Wilson Memorial Hospital HCP 16415 | Ann Berch Hardy Wilson Memorial Hospital HCP 16415 233 Magnolia St Hazlehurst, MS 39083 | Ann Berch | 601-894-4541 | $ | 9,961.87 |
| Hayden Public Library | Yodona P Hayden Public Library 510 Velasco Ave Hayden, AZ 85135 | Yodona Pennell | 928-200-0235 | $ | 235.74 |
| HOLTON COMMUNITY HOSPITAL HCP 10311 | HOLTON COMMUNITY HOSPITAL HCP 10311 1110 Columbine Drive Holton, KS 66436-8824 | Jason Woltje | 785-817-1538 | $ | 8,870.36 |
| Hospital Authority of Miller County | Miller County Hospital 209 North Cuthbert Colquitt, GA | Jill Brown | 229-758-5926 | $ | 352.79 |
| HUMBOLDT COUNTY - COMMUNICATIONS | 795 E Fairgrounds Rd.< Winnemucca, NV 89445-3194 | Rick Grantham | 775-623-6400 | $ | 2,045.51 |

| | | | | |
|---|---|---|---|---|
| HUMBOLDT COUNTY - COURTHOUSE | 50 W Fifth St., Winnemucca, NV 89445-3194 | JD Ames | 775-623-6314 | $ 3,457.28 |
| HUMBOLDT COUNTY - LIBRARY | 85 E 5th St., Winnemucca, NV 89445-3095 | JD Ames | 775-623-6400 | $ 2,045.51 |
| Isabelle Hunt Memorail Library (pine) | Yodona Pennell Isabelle Hunt Memorail Library (pine) 1400 East Ash St Globe, AZ 85501 | Yodona Pennell | 928-479-2355 | $ 314.72 |
| JEFF DAVIS HOSPITAL | 163 S Tallahassee St., Hazlehurst, GA 31539-6465 | Cathy Cason | 912-375-7781 | $ 322.27 |
| Jefferson Davis Comm Hospital HCP 16967 | Lee McCall Jefferson Davis Comm Hospital / Prentiss 1102 Rose St Prentiss, MS 39474 | Lee McCall; Bobby Wamboldt | 601-792-4276 601-792-1229 | $ 22,989.49 |
| KENT COUNTY JUVENILE DETENTION | 300 Monroe Ave., Grand Rapids NW, MI 49503 | | | $ 791.67 |
| L/P Insurance Services, INC | Trevis Matheus L/P Insurance Services, INC 300 E. 2nd Street, Ste. 1300 Reno, NV 89501 | Trevis Matheus | 775-848-7032 | $ 6,053.65 |
| LA QUINTA INN AND SUITES ELY | 1591 Great Basin Blvd., Ely, NV 89301-3136 | Jennifer Rowley | 775-289-8833 | $ 2,740.92 |
| LAGUNA DEPARTMENT OF EDUCATION DISTRICT | Laguna Department of Education PO Box 207 I 40 West Exit 114 Bldg 1125 Laguna, NM 87026 | David McGee | 505-552-6008 | $ 1,946.87 |
| LILLIAN M. HUDSPETH MEM HOSP HCP 14143 | LILLIAN M. HUDSPETH MEMORIAL HOSPITAL 308 Hudspeth St. Sonora, TX  76950-8003 | Keith Butler | 325-387-1200 | $ 9,050.95 |
| LINCOLN COUNTY R-11 SCHOOL DISTRICT DBA E | 1 Sanderson and Broadway, Elsberry, MO 63343 | Cannon Watts | 573-898-5554 | $ 3,071.39 |
| Livingston Medical Group | Livingston Community Health 1140 Main St Livingston, CA 95334 | Mr. Alexander | 209-394-7913 | $ 154,480.13 |
| Matagorda County Hospital Dist HCP 14478 | Matagorda County Hospital Dist HCP 14478 104 7th Street Bay City, TX 77414 | Maryann Cervantes | 979-241-5576 | $ 6,338.94 |
| MAYSVILLE-MASON CO PUB LIBRARY | 218 E 3rd St., Maysville, KY 41056-1206 | Valerie Zempter | 606-564-3286 | $ 4,283.45 |
| Miami Memorial Library | Yodona Pennell Miami Memorial Library 1052 Adonis Ave. Miami, AZ 85539 | Yodona Pennell | 928-473-2621 | $ 120.40 |
| MINERAL COUNTY SCHOOL DISTRICT | 751 A St., Hawthorne, NV 89415 | WilliamKeady | 775-945-2403 | $ 1,396.46 |
| Monroe County Hospital HCP 15925 | Becky Firster Monroe County Hospital HCP 41720 PO BOX 1068 Forsyth, GA 31029 | Becky Firster | 478-994-2521 | $ 12,846.03 |

| | | | | | |
|---|---|---|---|---|---|
| Morehouse Community Medical Center Bastro | Katie Parnell Morehouse Community Medical Ctr Bastrop 518 Durham St Bastrop, LA 71220 | Katie Parnell | 318-239-8015 | $ | 3,443.23 |
| Mountain Comprehensive Care HCP CLOSED | Dave Webb Mtn Comprehensive Care Center HCP 17308 104 S Front Street Prestonsburg, KY 41653 | Dave Webb | 606-886-8752 | $ | 6,473.23 |
| MOUNTAIN VIEW ACADEMY | 360 S Shoreline Blvd., Mountain View, CA 94041-1399 | Jerry Corson | 650-967-2324 | $ | 442.72 |
| NEWPORT UTILITIES | 170 Cope Blvd., Newport, TN 37821-2870 | Boyod Goodin | 423-625-2899 | $ | 1,331.28 |
| North Country Healthcare HCP 18010 | North Country HealthCare PO Box 3630 Flagstaff, AZ 86003-3630 | Dale Wollenzien | 928-583-7884 | $ | 2,604.00 |
| NORTH COUNTRY HEALTHCARE HCP 34306 | North Country HealthCare PO Box 3630 Flagstaff, AZ  86003-3630 | Bill Smith | 928-522-9755 | $ | 1,219.00 |
| OMNI FAMILY HEALTH LD | Omni Family Health, LD 4900 California Ave Bakersfield, CA 93309 | Maria Maun | 661-459-1975 | $ | 310.02 |
| OPEN BOX OUTLET, INC | 1219 Baring Blvd., Sparks, NV 89434;  3969 S. MCCarran Blvd., Reno, NV 89502-7510 | Glen Pitts | 209-418-5050 | $ | 128.71 |
| PATHWAYS COMM BEHAVIORAL HEALTH | Pathways Comm Behavioral Health 1800 Community Dr. Clinton, MO 64735 | Richard Colvert | 660-885-8131 | $ | 6,089.73 |
| PHILLIPS COUNTY HOSPITAL | 311 S 8th Ave E, Malta, MT 59538-8978 | Dana Lund | 406-657-4870 | $ | 5,329.36 |
| Professional Care, Inc. | Janie Cain Professional Care, Inc. 1997 Hwy 51 S. Covington, TN 38019 | Janie Cain | 901-475-3593 | $ | 4,092.79 |
| RADIOLOGY ASSOCIATES | 816 W Cannon St., Fort Worth, TX 76104-3192 | Mike Emory | 817-321-0400 | $ | 6,806.81 |
| RANGELY DISTRICT HOSPITAL HCP 12043 | 225 Eagle Crest Dr., Rangely, CO 81648 | Barb Urbanik | 970-675-4252 | $ | 4,858.36 |
| Rankin County Hospital HCP 17089 | Rankin County Hospital 1105 Elizabeth Street Rankin, TX 79778 | Tami Burks | 432-693-1006 | $ | 1,924.13 |
| Russell County Hosp No. 1 HCP 17171 CLSD | Russell County Hospital HCP 17171 153 Dowell Rd Russell Springs, KY 42642 | Ken Kimsal | 270-866-8867 | $ | 11,313.44 |
| SAMARITAN HOUSE | 4031 Pacific Blvd., San Mateo, CA 94043 | Jolie Bou | 650-523-0810 | $ | 933.83 |
| Sheridan Memorial Hosp HCP 17029 CLSD | Sheridan Memorial Hospital HCP 17029 1401 West 5th Street Sheridan, WY  82801 | Thelma Armstrong | 406-672-1178 | $ | 2,104.04 |

| | | | | |
|---|---|---|---|---|
| South Sunflower County Hospital HCP 12791 | South Sunflower County Hospital 121 East Baker St Indianola, MS 38751 | Marty Sheffield | 662-887-6000 | $ 3,526.97 |
| Southeast Health District | Southeast Health District 1101 Church St Waycross, GA 31501 | Angie Thomas | 912-285-6002 | $ 14,272.33 |
| St Vrain Childs Development dba Longmount | St Vrain Children Dev,(Wild Plum Center) 82 21st Ave Longmont, CO 80501 | Elizabeth Lenski | 303-776-8524 | $ 1,771.31 |
| STE. GENEVIEVE COUNTY MEMORIAL HOSPITAL | 753 Pointe Basse Drive Sainte Genevieve, MO 63670 | Bernard Grieshaber | 573-883-4408 | $ 6,184.66 |
| Stephens Memorial Hospital | 200 S. Geneva St., Breckenridge, TX 7l6424 | Ann Thompson | 254-559-2241 | $ 19,305.66 |
| Sterling Area Health Center - 12037 | Sterling Area Health Center - 12037 725 E State St. Sterling, MI 48659 | Roger Rushlow | 989-654-2491 | $ 4,321.66 |
| TAHOE FOREST CABLE INTERNET | TAHOE FOREST CABLE INTERNET 333 Village Blvd 201 Inclince Village, NV 89451-8211 | Jay Hanlon | 530-583-6529 | $ 122.13 |
| TAHOE FOREST HOSPITAL 100 MEG / MPLS | TAHOE FOREST HOSPITAL 10121 Pine Ave Truckee, CA 96160-9616 | Jay O hanlon | 530-528-6509 | $ 109,914.08 |
| Tahoe Forest Hospital- 50 Meg | Tahoe Forest Hospital 10121 Pine Ave Truckee, CA 96160 | Jay O hanlon | 530-528-6509 | $ 4,173.92 |
| Tahoe Forest Hospital HCP - TCPT | Tahoe Forest Hospital District HCP 17625 10121 Pine Ave Truckee, CA 96161 | Jay O hanlon | 530-528-6509 | $ 10,705.67 |
| Tahoe Forest Hospital HCP 17625- DS3 CLSD | Tahoe Forest Hospital 10121 Pine Ave Truckee, CA 96161 | Jay O hanlon | 530-528-6509 | $ 10,997.41 |
| Tahoe Forest Hospital- Incline Pt to Pt | Crystal Betts Tahoe Forest Hospital District 10121 Pine Ave Truckee, CA 96160 | Jay O hanlon | 530-528-6509 | $ 423.39 |
| THE GUIDANCE CENTER - OSKALOOSA HCP 14172 | The Guidance Center - Oskaloosa HCP 14172 1102 Walnut ST Oskaloosa,KS 14172 | Jerry McDonald | 913-682-5118 | $ 1,366.80 |
| Tonto Basin Library | Yodona Pennell Tonto Basin Library 1 Story St Tonto Basin, AZ 85553 | Yodona Pennell | 928-479-2355 | $ 782.69 |
| Tri County Memorial Hospital HCP 13548 | Tri County Memorial Hospital 18601 Lincoln St Whitehall, WI 54773 | Paula Hagen | 7155384361 | $ 6,515.70 |
| Uvalde County Hospital Authority HCP18446 | Blake Eaker Uvalde County Hospital Authority HCP18446 1025 Garner Field Rd Uvalde, TX 78801 | Blake Eaker | 830-278-6251 | $ 19,602.46 |
| UVALDE COUNTY HOSPITAL BLDG B HCP 31711 | UVALDE COUNTY HOSPITAL BLDG B HCP 31711 1195 Garnerfield Rd Uvalde, TX 78801 | Blake Eaker | 830-278-1692 | $ 10,857.29 |

| | | | | | |
|---|---|---|---|---|---|
| Valor Health HCP 10080 | Valor Health 1024 Fernlee Street Emmett, ID 83617<br>1202 E Locust, Emmett, ID983617 | Steve Spicer | 208-365-3561 | $ | 2,955.51 |
| VOICES CHARTER SCHOOL | 16870 Murphy Ave., Morgan Hill, CA 95037-9650 | Yeraldin Gonzalez | 408-444-5495 | $ | 2,165.80 |
| WARE COUNTY COASTAL BRUNSWICK DISTRICT | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,210.93 |
| WARE COUNTY HEALTH - BARROW COUNTY - WIND | 31501 -<br>233 E. Broad St., Winder, GA 30680-2292 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
| WARE COUNTY HEALTH - BARTOW - CARTERSVILL | 31501<br>100 Zena Dr.m, Cartersville, GA 30121-2482 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| Ware County Health - Bryan County, Pembro | Ware County Board of Health 1101 Church Street Waycross, GA 31502 | Lance Brantley | 912-287-4960 | $ | 13,687.07 |
| WARE COUNTY HEALTH - BUTTS - JACKSON | 31501;<br>463 Ernest Biles Dr., Jackson, GA 30233-2229 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| Ware County Health - Camden County, Kings | Ware County Board of Health 1101 Church Street Waycross, GA 31503 | Lance Brantley | 912-287-4960 | $ | 12,255.50 |
| WARE COUNTY HEALTH - CARROLL - VILLA RICA | 31501<br>201 Cleghorn St., Villa Rica, GA 30180-2113 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - CARROLL COUNTY | GA 31501<br>201 Cleghorn St., Villa Rica, GA 30180-2113 | Lance Brantley | 912-287-4960 | $ | 3,079.50 |
| WARE COUNTY HEALTH - CHATTOOGA - SUMMERVI | Ware County Board of Health 1101 Church Street Waycross, GA  31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - CLARK COUNTY - ATHEN | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 3,720.00 |
| WARE COUNTY HEALTH - CLARKE COUNTY MAIN - | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 3,720.00 |
| WARE COUNTY HEALTH - CLAYTON - JONESBORO | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
| WARE COUNTY HEALTH - COBB/DOUGLAS - MARIE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,260.00 |
| WARE COUNTY HEALTH - COWETA - GRIESON CLS | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 2,737.00 |
| WARE COUNTY HEALTH - COWETA - HOSPITAL | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WARE COUNTY HEALTH - DADE - TRENTON | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 | |
| WARE COUNTY HEALTH - EAST ATHENS - ATHENS | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 3,720.00 | |
| WARE COUNTY HEALTH - EAST METRO - LAWRENC | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 | |
| Ware County Health - Effingham County, Sp | Ware County Board of Health 1101 Church Street Waycross, GA 31505 | Lance Brantley | 912-287-4960 | $ | 14,583.70 | |
| WARE COUNTY HEALTH - ELBERT COUNTY - ELBE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 | |
| WARE COUNTY HEALTH - FAYETTE COUNTY - FAY | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,875.00 | |
| WARE COUNTY HEALTH - FAYETTE WIC - FAYETT | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,820.00 | |
| WARE COUNTY HEALTH - FLOYD - ROME | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 | |
| WARE COUNTY HEALTH - FULTON - ATLANTA | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 3,720.00 | |
| WARE COUNTY HEALTH - GA PUBLIC HLTH - ATL | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,260.00 | |
| WARE COUNTY HEALTH - GA PUBLIC HLTH - DEC | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,260.00 | |
| WARE COUNTY HEALTH - GA PUBLIC HLTH - WAY | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 6,280.00 | |
| Ware County Health - Glynn County, Brunsw | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 22,704.75 | |
| WARE COUNTY HEALTH - GREENE COUNTY - GREE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 | |
| WARE COUNTY HEALTH - HARALSON - BUCHANAN | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 | |
| WARE COUNTY HEALTH - HEARD - FRANKLIN | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 | |
| WARE COUNTY HEALTH - HENRY - MCDONOUGH | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,715.00 | |

| | WARE COUNTY HEALTH - JACKSON - COMMERCE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
|---|---|---|---|---|---|---|
| | WARE COUNTY HEALTH - LAGRANGE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - LAMAR - BARNESVILLE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | Ware County Health - Liberty County, Hine | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 13,860.18 |
| | Ware County Health - Long County, Ludowic | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 12,760.63 |
| | WARE COUNTY HEALTH - MADISON - DANIELSVIL | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
| | Ware County Health - McIntosh County, Tow | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 15,496.91 |
| | WARE COUNTY HEALTH - MERIWETHER - GREENVI | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - MERIWETHER - MANCHES | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - MORGAN - MADISON | Ware County Board of Health 1101 Church St Waycross, GA 31504 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - NAHUNTA | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 17,643.24 |
| | WARE COUNTY HEALTH - OC3 | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 167,220.00 |
| | WARE COUNTY HEALTH - OCONEE - WATKINSVILL | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,260.00 |
| | WARE COUNTY HEALTH - OGLETHORPE - LEXINGT | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
| | WARE COUNTY HEALTH - PAULDING - DALLAS | Ware County Board of Health 1101 Church St Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - PIKE - ZEBULON | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| | WARE COUNTY HEALTH - POLK - CEDARTOWN | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |

| | | | | | |
|---|---|---|---|---|---|
| WARE COUNTY HEALTH - POLK - ROCKMART | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 9,014.00 |
| WARE COUNTY HEALTH - SPALDING - WIC | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - SPALDING HEALTH - GR | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - TROUP - LAGRANGE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - UPSON COUNTY, THOMAS | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - WALKER - LAFEYETTE | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH - WALTON - MONROE | Ware County Board of Health 1101 Church Streeet Waycross, GA  31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| WARE COUNTY HEALTH- CHATHAM COUNTY, SAVA | Ware County Board of Health 1101 Church Street Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 21,826.86 |
| WARE COUNTY HEALTH-CATOOSA - RINGGOLD | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 3,720.00 |
| WARE COUNTY HEALTH-GORDON - CALHOUN | Ware County Board of Health 1101 Church Street Waycross, GA  31501 | Lance Brantley | 912-287-4960 | $ | 4,665.00 |
| WARE COUNTY HLTH - BRUNSWICKDISTRICT CLSD | Ware County Board of Health 1101 Church Street Waycross, GA  31501 | Lance Brantley | 912-287-4960 | $ | 4,210.95 |
| WARE COUNTY HLTH-NW GA PUBLIC HLTH-ROME | Ware County Board of Health 1101 Church St. Waycross, GA 31501 | Lance Brantley | 912-287-4960 | $ | 5,610.00 |
| Watland Billing Consultants, LLC | Watland Billing Consultants, LLC Mike Watland 580 E. Plumb Lane Reno, NV 89502 | Mike Watland | 775-747-5050 | $ | 26.46 |
| YOUTH POLICY INSTITUTE | 6464 Sunset Blvd., Sted. 560, Los Angeles, CA 90028; 1147 Vine St., Los Angeles, CA 90038-1615 | Ian Campbell | 213-688-2802 | $ | 2,057.18 |
| | | | | | |
| | | | | $ | 1,413,737.25 |

**Fill in this information to identify the case:**

Debtor name  **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50309**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest   **Property management contract for building premises** | |
| State the term remaining | **Dickson Realty** |
| List the contract number of any government contract | **1030 Caughlin Pkwy**  **Reno, NV 89519** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest   **Copier lease and maintenance contract** | |
| State the term remaining   **30 months** | **Konica Minolta** |
| List the contract number of any government contract | **PO Box 3083**  **Cedar Rapids, IA 52406** |

**Fill in this information to identify the case:**

Debtor name   **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50309**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lisa Madison** | | **American Express** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.2 | **Scott and Lisa Madison** | **Personal guarantors** | **Western Alliance Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Scott Madison** | | **Chase Visa** | ☐ D _____ <br> ■ E/F __3.44__ <br> ☐ G _____ |
| 2.4 | **Scott Madison** | | **CitiBusiness Card** | ☐ D _____ <br> ■ E/F __3.49__ <br> ☐ G _____ |
| 2.5 | **Scott Madison** | | **JP Morgan Chase** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **NETWORK SERVICES SOLUTIONS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-50309**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,578,429.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$26,630,330.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$21,401,839.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Interest, building income, other** | **$55,925.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Interest, building income, other** | **$163,166.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **LOSS: Interest, building income, bad debt, settlement** | **$-1,818,770.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**    Case number *(if known)*    **17-50309**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express** | **1/20/17** | **$33,625.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card debt** |
| 3.2. | **Chase Visa** | **12/22/16 -<br>3/20/17** | **$38,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card debt** |
| 3.3. | **Citicard** | **12/29/16 -<br>3/17/17** | **$22,001.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card debt** |
| 3.4. | **ACC Communications** | **12/21/16** | **$93,150.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. | **Dixie Net** | **12/30/16 -<br>2/7/17** | **$9,250.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. | **First Independent Bank** | **12/22/16 -<br>2/13/17** | **$13,114.33** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **ITO Solutions, Inc.** | **12/2016 -<br>3/20/2017** | **$11,059.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                    Case number *(if known)*  **17-50309**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.    **INOC** | **2/1/17** | **$11,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.    **Orion Technologies** | **12/26/16 -<br>3/20/17** | **$23,364.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10.    **ACC Communications** | **12/21/16 -<br>2/17** | **$49,595.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11.    **AT&T** | **12/16 - 3/17** | **$80,512.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12.    **Cal-Ore** | **1/31/17** | **$18,152.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13.    **CentraCom** | **1/31/17** | **$7,066.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14.    **Century Link** | **12/16 - 3/17** | **$56,248.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15.    **Charter** | **1/4/17 -<br>3/1/17** | **$7,283.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                        Case number *(if known)* **17-50309**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Gogent** | 1/31/17 | $48,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **Earthlink** | 12/28/16 | $13,962.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **GTT** | 1/31/17 | $12,376.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Jive Communications** | 12/16 - 3/17 | $22,157.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **WiLine** | 12/16 - 1/17 | $46,844.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Nitel** | 1/1/17 -<br>2/1/17 | $9,899.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Aetna Insurance** | 12/16 - 3/17 | $34,598.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **Taxes** | 1/5/17 -<br>3/20/17 | $38,579.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Taxes__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number *(if known)* **17-50309** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24. **Custom Call** | **12/29/16 - 3/20/17** | **$12,148.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.25. **Compliance Solutions/ Mark Lammert** | **3/7/17 - 3/20/17** | **$6,490.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.26. **Robison Belaustegui Sharp & Low** | **12/28/16 - 3/20/17** | **$90,915.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.27. **Lukas, LaFuria Gutierrez & Sachs** | **1/17 - 3/17/17** | **$62,318.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.28. **Hartman & Hartman** | **3/17** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.29. **Crosspoint Leasing & Financial Services** | **1/6/17 - 3/14/17** | **$24,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.30. **Innovate Consulting LLC** | **1/6/17 - 3/14/17** | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.31. **Carl Schorle/Schorle Companies** | **1/5/17 - 3/3/17** | **$14,376.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **NETWORK SERVICES SOLUTIONS, LLC**              Case number *(if known)*  **17-50309**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.32. **James R. Perkins / Prairie Consulting** | 1/5/17 - 3/3/17 | $15,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. **Western Alliance Bank First Independent Bank** | 12/16 - 2/22/17 | $19,870.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bank interest** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Curt Bush v. Debtor A-17-749469-C** | | **Eighth Judicial District Court Clark County Las Vegas, NV** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **NETWORK SERVICES SOLUTIONS, LLC**                                   Case number *(if known)*  **17-50309**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Aptus Telecom LLC/Talk South, Inc. v. Debtor**<br>**02-15-0002-8083** | | **American Arbitration Association**<br>**1400 16th Street**<br>**Suite 400**<br>**Denver, CO 80202** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **In the Matter of Network Services Solutions, LLC, Scott Madison**<br>**File No. EB-IHD-15-0001913** | Notice of apparent liability and response - petition for reconsideration | **Federal Communications Commission** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Boys & Girls Club**<br>**2680 E. 9th St.**<br>**Reno, NV 89502** | **Money** | **2/2014 and 11/2015** | **$1,100.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Galena High School**<br>**3600 Butch Cassidy Dr**<br>**Reno, NV 89511** | **Money** | **5/2014 through 7/2016** | **$46,959.50** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Juvenile Diabetes Research Foundation**<br>**645 Sierra Rose Dr.**<br>**#106**<br>**Reno, NV 89511** | **Money** | **4/2015, 9/2016** | **$7,270.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Nevada Bighorns**<br>**50 W Liberty St.**<br>**#201**<br>**Reno, NV 89501** | **Money** | **4/2014, 1/2016** | **$1,500.00** |
| | Recipients relationship to debtor | | | |

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                                     Case number *(if known)*  **17-50309**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **Nevada Rural Hospital Partners** **4600 Kietzke Lane, Suite I-209** **Reno, NV 89502** | **Money** | **5/2014, 5/2015** | **$2,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.6. | **Tahoe Forest Hospital** **PO Box 759** **Truckee, CA 96160** | **Money** | **5/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.7. | **UNR Foundation** **1664 N. Virginia Street** **Reno, NV 89557-0162** | **Money** | **7/2014, 9/2014** | **$2,688.00** |
| | **Recipients relationship to debtor** | | | |
| 9.8. | **Wolfpack Athletics** **1664 N. Virginia Street** **Legacy Hall/MS 264** **Reno, NV 89557-0110** | **Money** | **4/2015 to 7/2016** | **$22,982.00** |
| | **Recipients relationship to debtor** | | | |
| 9.9. | **Salvation Army** **Sageridge Angel Tree** **1931 Sutro Street** **Reno, NV 89512** | **Money** | **12/2015** | **$1,213.42** |
| | **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                         Case number *(if known)*  **17-50309**

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Hartman & Hartman 510 W. Plumb Lane Suite B Reno, NV 89509** | **Attorney Fees and Filing Fee** | **February, 2017** | **$25,000.00** |
| **Email or website address notices@bankruptcyreno.com; sji@bankruptcyreno.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **10631 Professional Circle Reno, NV 89511** | **March 2010 to June 2014** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**    Case number *(if known)* **17-50309**

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ☑ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **Network Services Solutions, LLC 401(k) Profit Sharing Plan** | EIN: **46-3997515** |

    Has the plan been terminated?
    - ☑ No
    - ☐ Yes

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NETWORK SERVICES SOLUTIONS, LLC** | Case number *(if known)* **17-50309** |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                    Case number *(if known)*  **17-50309**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Jenny Smith, Controller/Office Manager** **Network Services Solutions, LLC** **3700 Barron Way** **Reno, NV 89511** | **October, 2010 to present** |
| 26a.2. **Daniel J. Clausen, CPA** **PO Box 7430** **Reno, NV 89510** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jenny Smith, Controller/Office Manager** **Network Services Solutions** **3700 Barron Way** **Reno, NV 89511** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Western Alliance Bank** **2701 E. Camelback Road** **#120** **Phoenix, AZ 85016** |
| 26d.2. **Heritage Bank of Nevada** **2330 South Virginia Street** **Reno, NV 89502** |
| 26d.3. **Plumas Bank** **5050 Meadowood Mall Circle** **Reno, NV 89502** |
| 26d.4. **Bank of America - Merrill Lynch** **401 South Virginia Street** **Reno, NV 89501** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor    **NETWORK SERVICES SOLUTIONS, LLC**                              Case number *(if known)*    **17-50309**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Scott Madison** | **5260 Cross Creek Lane** **Reno, NV 89511** | **Managing Member, Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2017**

**/s/ Scott Madison**                                          **Scott Madison**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **NETWORK SERVICES SOLUTIONS, LLC**　　　　　　　　　　 Case No.　**17-50309**
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　 Chapter　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.　The source of the compensation paid to me was:

　　■ Debtor　　☐ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　☐ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d. [Other provisions as needed]
　　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　　　**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 11, 2017**　　　　　　　　　　　　　 **/s/ Jeffrey L. Hartman, Esq.**
*Date*　　　　　　　　　　　　　　　　　　 **Jeffrey L. Hartman, Esq.**
　　　　　　　　　　　　　　　　　　　　 *Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　 **Hartman & Hartman**
　　　　　　　　　　　　　　　　　　　　 **510 W. Plumb Lane**
　　　　　　　　　　　　　　　　　　　　 **Suite B**
　　　　　　　　　　　　　　　　　　　　 **Reno, NV 89509**
　　　　　　　　　　　　　　　　　　　　 **(775) 324-2800  Fax: (775) 324-1818**
　　　　　　　　　　　　　　　　　　　　 **notices@bankruptcyreno.com;**
　　　　　　　　　　　　　　　　　　　　 **sji@bankruptcyreno.com**
　　　　　　　　　　　　　　　　　　　　 *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   **NETWORK SERVICES SOLUTIONS, LLC**                          Case No.    **17-50309**

                              Debtor(s)                              Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Madison**<br>**c/o Network Services Solutions, LLC**<br>**3700 Barron Way**<br>**Reno, NV 89511** | | | **LLC membership interest, 100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 11, 2017**                           Signature   **/s/ Scott Madison**

                                                    **Scott Madison**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re  **NETWORK SERVICES SOLUTIONS, LLC**                          Case No.   **17-50309**

Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 11, 2017**

**/s/ Scott Madison**

**Scott Madison**/**Managing Member**
Signer/Title